IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BERG & CARLA BERG<br><br>      Plaintiffs<br><br>vs.<br><br>P&B CAPITAL GROUP. L.L.C.<br><br>      Defendant | CIVIL ACTION NO.:  1:09-CV-2193 |

## STIPULATION TO DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed as to all claims.  Each party will be responsible for paying their own costs, expenses and attorney fees.

| WARREN & VULLINGS, LLP | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Brent F. Vullings | /s/ Ronald S. Canter |
| Brent F. Vullings, Esquire<br>1603 Rhawn Street<br>Philadelphia, PA  19111<br>Attorney for Plaintiffs | Ronald S. Canter, Esquire<br>11300 Rockville Pike, Suite 1200<br>Rockville, MD 20852<br>Telephone:  301-770-7490<br>Facsimile:  301-770-7493<br>E-Mail:  rcanter@roncanterllc.com<br>Attorney for Defendant |